UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Attorneys Suspended or Disbarred by the State Bar of California, | Case No.: **19MC1153**<br><br>**Order to Show Cause** |

The Court has received notice that the following attorneys have been disbarred, suspended, or placed on the inactive list by the State Bar of California:

Disbarment:

Alan Frank Broidy (CA Bar #089430)
Michael John Brown (CA Bar #115473)
R. Scott Dervaes Jr (CA Bar #202133)
Robert Carlin Burlison Jr (CA Bar #097461)

Suspension:

Stephen Gary Quade (CA Bar #156961)
Byron Grant Cornelius (CA Bar #108248)
Elaine R. Abbott (CA Bar #143711)
Loura Laresa Alaverdi (CA Bar #217217)
Craig Stuart Andrews (CA Bar #075703)

1

| | |
|---|---|
| 1 | J. Clark Aristei (CA Bar #063835) |
| 2 | Cyril Edward Armbrister Jr (CA Bar #042154) |
|   | Paul Scott Azevedo (CA Bar #144621) |
| 3 | Jamie Christine Ball (CA Bar #234074) |
| 4 | Samuel Curtis Batsell III (CA Bar #122318) |
|   | Paul Joseph Brazil (CA Bar #136840) |
| 5 | Ornah Ruth Becker (CA Bar #159590) |
| 6 | Zachary Louis Berman (CA Bar #178614) |
|   | Ron J. Beveridge (CA Bar #133191) |
| 7 | Susan Amelia Beytin (CA Bar #125331) |
| 8 | Ronald Frank Bird (CA Bar #094923) |
|   | William Christopher Black (CA Bar #137221) |
| 9 | Michael Andrew Bowse (CA Bar #189659) |
| 10 | Thomas M. Boyajian (CA Bar #063897) |
|    | Kelly Marie Brown (CA Bar #149339) |
| 11 | Victor Rene Cannon (CA Bar #159841) |
| 12 | Richard Harold Caplan (CA Bar #046240) |
|    | Amy Morris Carter (CA Bar #237928) |
| 13 | Christine Maria Challoner (CA Bar #282413) |
| 14 | Nan Chen (CA Bar #268991) |
|    | Janet Marie Christoffersen (CA Bar #092552) |
| 15 | Kimberly Cochran (CA Bar #126684) |
| 16 | Donald John Colucci (CA Bar #148388) |
|    | Richard A. Conn (CA Bar #105576) |
| 17 | Anthony E. Contreras (CA Bar #171699) |
| 18 | Michele Beigel Corash (CA Bar #103653) |
|    | Peter Buchanan Costello (CA Bar #165298) |
| 19 | Steven Alan D'Braunstein (CA Bar #196261 |
| 20 | John Michael Daley (CA Bar #065574) |
|    | Richard Andrew Dana (CA Bar #197403) |
| 21 | Cyril Jerome Dantchev (CA Bar #129585) |
| 22 | John Frederick Davis (CA Bar #053384) |
|    | Randolph Kurt Driggs (CA Bar #068846) |
| 23 | James Paul Finigan (CA Bar #290324) |
| 24 | Paul Brendan Foust (CA Bar #223208) |
|    | Patrick Anthony Fraioli Jr. (CA Bar #191824) |
| 25 | William Louis Friedman (CA Bar #108317) |
| 26 | Clayton Tyler Gaddis (CA Bar #264759) |
|    | Robert Edwin Gallinghouse III (CA Bar #149351) |
| 27 | Raul Benjamin Garcia (CA Bar #131912) |
| 28 | Roy Brian Garrett (CA Bar #045204) |

| | |
|---|---|
| 1 | Dennis Paul Gildea (CA Bar #076525) |
| 2 | Peter John Glor (CA Bar #172011) |
| | Robert Harlan Gold (CA Bar #146136) |
| 3 | Rachel Ann Gonzalez (CA Bar #172742) |
| 4 | Andrew Edward Granston (CA Bar #188351) |
| | Patrick Bernard Greenwell (CA Bar #124014) |
| 5 | John Peter Gyben (CA Bar #095254) |
| 6 | John Hamilton (CA Bar #274999) |
| | Richard Mark Hansen (CA Bar #138571) |
| 7 | Kirsten Elizabeth Heikaus Weaver (CA Bar #234049) |
| 8 | James Dale Henderson (CA Bar #104150) |
| | Christine Miille Henricks (CA Bar #183357) |
| 9 | Rodney T. Herring (CA Bar #199263) |
| 10 | E. Scott Himelstein (CA Bar #209658) |
| | Patrick Lawrence Hosey (CA Bar #164104) |
| 11 | Christopher John Hurley (CA Bar #169407) |
| 12 | Benjamin Clyde Hutchinson III (CA Bar #037526) |
| | Patrick Joseph Ivie (CA Bar #223926) |
| 13 | Suzanne Heald Kaplan (CA Bar #247067) |
| 14 | Wendy Ilene Kirchick (CA Bar #143708) |
| | Donald Charles Kordich (CA Bar #190127) |
| 15 | Gerard Anthony Lafond (CA Bar #125701) |
| 16 | Jennifer Elizabeth Lamarre (CA Bar #250431) |
| | Peter Edward Laurie (CA Bar #226802) |
| 17 | Gene Alexander Leposki (CA Bar #182464) |
| 18 | James Wilbur Lewis (CA Bar #144350) |
| | Eric Todd Lieberman (CA Bar #103004) |
| 19 | James Gordon Lieberman (CA Bar #097176) |
| 20 | Walter Lindstrom Jr. (CA Bar #128664) |
| | Jorge Anthony Lopez (CA Bar #260557) |
| 21 | Gregory Matthew Luck (CA Bar #163750) |
| 22 | Stephen Michael MacPhail (CA Bar #106522) |
| | Ayne Baker Majul (CA Bar #123604) |
| 23 | Jennifer T. Manion (CA Bar #224479) |
| 24 | Bernard William Mann (CA Bar #113879) |
| | Roderick David Margo (CA Bar #097706) |
| 25 | Richard Edward McCarthy (CA Bar #106050) |
| 26 | Martha L. Melendez (CA Bar #133167) |
| | Lillian Marie Meredith (CA Bar #212736) |
| 27 | James Francis Monagle (CA Bar #236638) |
| 28 | Nils Victor Montan (CA Bar #147154) |

3

Thomas Jeffrey Moses (CA Bar #116002)
Erik Shane Mroz (CA Bar #229241)
John Paul Musone (CA Bar #192278)
John Bradshaw Nauman (CA Bar #072075)
David William Nelson (CA Bar #240040)
Joyce Lucinda Nelson (CA Bar #153640)
Stephen W. Nelson (CA Bar #259026)
Seema Lata Nene (CA Bar #173684)
John Patrick Newell (CA Bar #179665)
Wendy Hernandez Nuval Becerra (CA Bar #227594)
Thomas Michael O'Leary (CA Bar #126146)
Robert Phillip Odle (CA Bar #126128)

Pursuant to Civil Local Rule 83.3(c)(1)(a), only attorneys who are active members in good standing of the State Bar of California may be admitted to and continue membership in the bar of this Court.

Therefore, pursuant to Civil Local Rule 83.5(d), the Court hereby orders the listed attorneys to show cause in writing, within thirty (30) days of the service of this order, why they should not be suspended or disbarred from practicing in this Court. If an attorney opposes the imposition of discipline, his written response must establish one or more of the following:

(i) the procedure in the other jurisdiction was so lacking in notice or opportunity to be heard as to constitute a deprivation of due process;

(ii) there was such an infirmity of proof establishing the misconduct as to give rise to a clear conviction that the Court should not accept as final the other jurisdiction's conclusion(s) on that subject;

(iii) imposition of like discipline would result in a grave injustice; or

(iv) other substantial reasons exist so as to justify not accepting the other jurisdiction's conclusion(s).

CivLR 83.5(d).  In addition, at the time the response is filed, the attorney must produce a certified copy of the entire record from the other jurisdiction or bear the burden of persuading the Court that less than the entire record will suffice.  Id.

The Clerk of the Court is directed to serve a copy of this order by mail upon each of the listed attorneys at the address indicated in this Court's attorney maintenance records.

**IT IS SO ORDERED.**

Dated:  8-9-19

*Larry A. Burns*

**LARRY ALAN BURNS, Chief Judge**
United States District Court