FILED

2019 SEP 24 A 11: 02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of Attorneys Suspended or Disbarred by the State Bar of California,

Case No.: 19MC1153

**ORDER**

On August 9, 2019 the Court ordered the following attorneys to show cause why they should not be suspended or disbarred by this Court as a result of being disbarred, suspended, or placed on the inactive list by the State Bar of California:

Disbarment:

Alan Frank Broidy (CA Bar #089430)
Michael John Brown (CA Bar #115473)
R. Scott Dervaes Jr (CA Bar #202133)
Robert Carlin Burlison Jr (CA Bar #097461)

Suspension:

Stephen Gary Quade (CA Bar #156961)
Byron Grant Cornelius (CA Bar #108248)
Elaine R. Abbott (CA Bar #143711)
Loura Laresa Alaverdi (CA Bar #217217)
Craig Stuart Andrews (CA Bar #075703)

1

| | |
|---|---|
| 1 | J. Clark Aristei (CA Bar #063835) |
| 2 | Cyril Edward Armbrister Jr (CA Bar #042154) |
|   | Paul Scott Azevedo (CA Bar #144621) |
| 3 | Jamie Christine Ball (CA Bar #234074) |
| 4 | Samuel Curtis Batsell III (CA Bar #122318) |
|   | Paul Joseph Brazil (CA Bar #136840) |
| 5 | Ornah Ruth Becker (CA Bar #159590) |
| 6 | Zachary Louis Berman (CA Bar #178614) |
|   | Ron J. Beveridge (CA Bar #133191) |
| 7 | Susan Amelia Beytin (CA Bar #125331) |
| 8 | Ronald Frank Bird (CA Bar #094923) |
|   | William Christopher Black (CA Bar #137221) |
| 9 | Michael Andrew Bowse (CA Bar #189659) |
| 10 | Thomas M. Boyajian (CA Bar #063897) |
|   | Kelly Marie Brown (CA Bar #149339) |
| 11 | Victor Rene Cannon (CA Bar #159841) |
| 12 | Richard Harold Caplan (CA Bar #046240) |
|   | Amy Morris Carter (CA Bar #237928) |
| 13 | Christine Maria Challoner (CA Bar #282413) |
| 14 | Nan Chen (CA Bar #268991) |
|   | Janet Marie Christoffersen (CA Bar #092552) |
| 15 | Kimberly Cochran (CA Bar #126684) |
| 16 | Donald John Colucci (CA Bar #148388) |
|   | Richard A. Conn (CA Bar #105576) |
| 17 | Anthony E. Contreras (CA Bar #171699) |
| 18 | Michele Beigel Corash (CA Bar #103653) |
|   | Peter Buchanan Costello (CA Bar #165298) |
| 19 | Steven Alan D'Braunstein (CA Bar #196261 |
| 20 | John Michael Daley (CA Bar #065574) |
|   | Richard Andrew Dana (CA Bar #197403) |
| 21 | Cyril Jerome Dantchev (CA Bar #129585) |
| 22 | John Frederick Davis (CA Bar #053384) |
|   | Randolph Kurt Driggs (CA Bar #068846) |
| 23 | James Paul Finigan (CA Bar #290324) |
| 24 | Paul Brendan Foust (CA Bar #223208) |
|   | Patrick Anthony Fraioli Jr. (CA Bar #191824) |
| 25 | William Louis Friedman (CA Bar #108317) |
| 26 | Clayton Tyler Gaddis (CA Bar #264759) |
|   | Robert Edwin Gallinghouse III (CA Bar #149351) |
| 27 | Raul Benjamin Garcia (CA Bar #131912) |
| 28 | Roy Brian Garrett (CA Bar #045204) |

| | |
|---|---|
| 1 | Dennis Paul Gildea (CA Bar #076525) |
| 2 | Peter John Glor (CA Bar #172011) |
|   | Robert Harlan Gold (CA Bar #146136) |
| 3 | Rachel Ann Gonzalez (CA Bar #172742) |
| 4 | Andrew Edward Granston (CA Bar #188351) |
|   | Patrick Bernard Greenwell (CA Bar #124014) |
| 5 | John Peter Gyben (CA Bar #095254) |
| 6 | John Hamilton (CA Bar #274999) |
|   | Richard Mark Hansen (CA Bar #138571) |
| 7 | Kirsten Elizabeth Heikaus Weaver (CA Bar #234049) |
| 8 | James Dale Henderson (CA Bar #104150) |
|   | Christine Miille Henricks (CA Bar #183357) |
| 9 | Rodney T. Herring (CA Bar #199263) |
| 10 | E. Scott Himelstein (CA Bar #209658) |
|    | Patrick Lawrence Hosey (CA Bar #164104) |
| 11 | Christopher John Hurley (CA Bar #169407) |
| 12 | Benjamin Clyde Hutchinson III (CA Bar #037526) |
|    | Patrick Joseph Ivie (CA Bar #223926) |
| 13 | Suzanne Heald Kaplan (CA Bar #247067) |
| 14 | Wendy Ilene Kirchick (CA Bar #143708) |
|    | Donald Charles Kordich (CA Bar #190127) |
| 15 | Gerard Anthony Lafond (CA Bar #125701) |
| 16 | Jennifer Elizabeth Lamarre (CA Bar #250431) |
|    | Peter Edward Laurie (CA Bar #226802) |
| 17 | Gene Alexander Leposki (CA Bar #182464) |
| 18 | James Wilbur Lewis (CA Bar #144350) |
|    | Eric Todd Lieberman (CA Bar #103004) |
| 19 | James Gordon Lieberman (CA Bar #097176) |
| 20 | Walter Lindstrom Jr. (CA Bar #128664) |
|    | Jorge Anthony Lopez (CA Bar #260557) |
| 21 | Gregory Matthew Luck (CA Bar #163750) |
| 22 | Stephen Michael MacPhail (CA Bar #106522) |
|    | Ayne Baker Majul (CA Bar #123604) |
| 23 | Jennifer T. Manion (CA Bar #224479) |
| 24 | Bernard William Mann (CA Bar #113879) |
|    | Roderick David Margo (CA Bar #097706) |
| 25 | Richard Edward McCarthy (CA Bar #106050) |
| 26 | Martha L. Melendez (CA Bar #133167) |
|    | Lillian Marie Meredith (CA Bar #212736) |
| 27 | James Francis Monagle (CA Bar #236638) |
| 28 | Nils Victor Montan (CA Bar #147154) |

```
Thomas Jeffrey Moses (CA Bar #116002)
John Paul Musone (CA Bar #192278)
John Bradshaw Nauman (CA Bar #072075)
David William Nelson (CA Bar #240040)
Joyce Lucinda Nelson (CA Bar #153640)
Stephen W. Nelson (CA Bar #259026)
Seema Lata Nene (CA Bar #173684)
John Patrick Newell (CA Bar #179665)
Wendy Hernandez Nuval Becerra (CA Bar #227594)
Thomas Michael O'Leary (CA Bar #126146)
Robert Phillip Odle (CA Bar #126128)
```

None of the listed attorneys have responded. Therefore, the Court orders that the attorneys listed above as being disbarred by the State Bar of California are disbarred from membership in the bar of this Court. The Court also orders that the attorneys listed above as being suspended or placed on the inactive list by the State Bar of California are suspended from membership in the bar of this court.

Any attorney seeking reinstatement may file a petition with the Clerk of the Court with supporting documentation showing that he or she meets the requirements of Civil Local Rule 83.3.c.1.a. This petition will be determined by the chief judge.

The Clerk of the Court is directed to serve a copy of this order upon each of the listed attorneys at the address indicated in this Court's attorney maintenance records.

**IT IS SO ORDERED.**

Dated: 9-20-19

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge