UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



RECEIVED

JAN 0 6 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY



U.S. POSTAGE >> PITNEY BOWES

ZIP 91950   $ 000.50⁰
02 4W
0000343405 SEP 25 2019

Ronald Frank Bird
Bird and Crawford
4452 Park Boulevard - Suite 312
San Diego, CA 92116

NIXIE          911    FE 1              0001/04/20
                   RETURN TO SENDER
           ATTEMPTED    NOT KNOWN
                UNABLE TO FORWARD

AMA    BC: 92101380620    *0104-08996-25-44

FILED

2019 SEP 24 A 11: 02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Attorneys Suspended or Disbarred by the State Bar of California, | Case No.: 19MC1153<br><br>**ORDER** |

On August 9, 2019 the Court ordered the following attorneys to show cause why they should not be suspended or disbarred by this Court as a result of being disbarred, suspended, or placed on the inactive list by the State Bar of California:

Disbarment:

Alan Frank Broidy (CA Bar #089430)
Michael John Brown (CA Bar #115473)
R. Scott Dervaes Jr (CA Bar #202133)
Robert Carlin Burlison Jr (CA Bar #097461)

Suspension:

Stephen Gary Quade (CA Bar #156961)
Byron Grant Cornelius (CA Bar #108248)
Elaine R. Abbott (CA Bar #143711)
Loura Laresa Alaverdi (CA Bar #217217)
Craig Stuart Andrews (CA Bar #075703)